STATE v. BULLOCK

No. 567P86.

Case below: 82 N.C. App. 301.

Petition by defendant for writ of supersedeas and temporary stay of the judgment of the Court of Appeals denied 22 September 1986.

STATE v. COLEMAN

No. 308P86.

Case below: 80 N.C. App. 271.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.

STATE v. COLEY

No. 522P86.

Case below: 82 N.C. App. 301.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 26 August 1986. Petition by Attorney General for writ of supersedeas and temporary stay denied 26 August 1986.

STATE v. DANIEL

No. 537P86.

Case below: 82 N.C. App. 592.

Petition by the Attorney General for writ of supersedeas and temporary stay allowed 5 September 1986. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 17 September 1986.

STATE v. GALLOWAY

No. 396P86.

Case below: 80 N.C. App. 725.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.